United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MILTON VAN GERPEN, | § | CASE NO. 97-22482-B |
| | § | CHAPTER 7 |
| DEBTOR | § | |
| SECURITY STATE BANK | § | |
| | § | |
| VS. | § | APPEAL NO. 99-20 |
| | § | CIVIL ACTION B-00-22 |
| INTERNAL REVENUE SERVICE | § | |

## ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL RECORD ON APPEAL

On the 1 day of March, 2000, came on to be considered Appellant Security State Bank's Unopposed Motion for Leave of Court to file a Supplemental Record on Appeal. The Court finding that the United States District Clerk has not yet served the parties with a Notice of Docketing and therefore Appellee will not be prejudiced by including additional documents in the record on appeal; and finding that Appellee is not opposed to Appellant's request to file a supplemental record, it is therefore

ORDERED that Appellant is hereby granted Leave to File a Supplemental Designation of Record on Appeal in this case.

SIGNED March 1, 2000.

_____
UNITED STATES BANKRUPTCY JUDGE

SUBMITTED & ENTRY REQUESTED BY:
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
***Jordan, Hyden, Womble & Culbreth, P.C.***
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555

ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL RECORD                    PAGE 1