11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Security State Bank, | § |
| Appellant, | § |
| v. | § CIVIL ACTION NO. B-00-22 |
| | § APPEAL NO. 99-20 |
| Internal Revenue Service | § |
| Appellee. | § |

ORDER

BE IT REMEMBERED that on May 2, 2000 the Court **GRANTED** Appellant's Unopposed Motion to Require the United States District Clerk to Properly Serve Notice of the Date this Appeal was Docketed and to Extend Time to File Appellant's Brief [Dkt. No. 2]. The Appellant filed its brief on March 14, 2000, and the Court accepts that brief as timely. The Court **ORDERS** the United States District Clerk, Southern District of Texas, Brownsville Division, to serve all parties to this appeal with notice of the date the appeal was docketed pursuant to Rule 8007, United States Bankruptcy Rules.

DONE at Brownsville, Texas, this \_\_3\_\_ day of May 2000.

Hilda G. Tagle
United States District Judge