*12*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 0 3** 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| Security State Bank, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-22 |
| | § | APPEAL NO. 99-20 |
| | § | |
| Internal Revenue Service | § | |
| | § | |
| Appellee. | § | |

## ORDER

BE IT REMEMBERED that on May 3, 2000, the Court **ORDERED** the Appellant to provide the Court with a copy of the sections of Collier on Bankruptcy to which it cites in its briefs.  Counsel is required to provide the Court with a copy of the cited sections pursuant to Chamber Rule 7(A).  The Appellant is to submit these materials on or before May 9, 2000.

DONE at Brownsville, Texas, this _____ day of May 2000.

_____
Hilda G. Tagle
United States District Judge