*14*

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

JUN 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

SECURITY STATE BANK § § §

versus § § CIVIL ACTION: B-00-22

§ §

INTERNAL REVENUE SERVICE § §

# Order Resetting Conference

The intial pre-trial conference set for *June 28, 2000* has been reset to:

## July 10, 2000 at 1:30 p.m.

Signed on __June 8__, 2000 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge