2

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 00-40866

---

D.C. Docket No. B-00-CV-22

U.S. COURT OF APPEALS
**FILED**
OCT 1 0 2001
CHARLES R. FULBRUGE III
CLERK

In The Matter Of: MILTON VAN GERPEN

    Debtor

United States District Court
Southern District of Texas
FILED
DEC 0 6 2001
Michael N. Milby
Clerk of Court

---

SECURITY STATE BANK

    Appellant

v.

INTERNAL REVENUE SERVICE

    Appellee


Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before POLITZ and BARKSDALE, Circuit Judges, and FALLON,* District Judge.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: DEC 0 4 2001

*District Judge of the Eastern District of Louisiana, sitting by designation.

OP-OA-J-1

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By Stephanie Albert
    Deputy
New Orleans, Louisiana   DEC 0 4 2001

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

December 4, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 00-40866 Security State Bank v. IRS
        USDC No. B-00-CV-22

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

                       Sincerely,

                       CHARLES R. FULBRUGE III, Clerk

                       By:
                       Stephanie Albert, Deputy Clerk
                       504-589-6514 ITCM # 185

cc: (letter only)
    Honorable Hilda G Tagle
    Mr Harlin C Womble Jr
    Mr Joel L McElvain

MDT-1